UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON DAGOBERTO ZELAYA ALAS, | Case No.  25-cv-08774-VC |
| Plaintiff, | |
| v. | **ORDER** |
| | Re: Dkt. No. 6 |
| SERGIO ALBARRAN, et al., | |
| Defendants. | |

The Government is ordered to file a response to the Motion for a Temporary Restraining

Order by 11:30 a.m. PT today, October 15. Any reply must be filed by 12:30 p.m.

The petitioner is ordered to email this order to Pamela.Johann@usdoj.gov.

**IT IS SO ORDERED.**

Dated: October 15, 2025

VINCE CHHABRIA
United States District Judge