## DECLARATION OF ▮

I, ▮, declare the following is true and correct:

1. My name is ▮. I am married to ▮. We have two children together, J. and C., ages 16 and 10.
2. I cannot read or write. I only attended school until I was about 10 years old.
3. I suffer from chronic pain. I cannot stand for very long, or walk very far, without severe pain in my feet. This limits my ability to work and take care of my children.
4. My husband ▮ manages our household. He takes care of paying our rent and bills, and he buys our food and medicine. ▮ does our taxes and plans our family outings.
5. I do not drive. ▮ takes our children to their doctors' appointments and other important meetings. ▮ and I go to meetings with our children's teachers, and ▮ drives us there.
6. ▮ is very attached to his children. Our older son, J., has recently been in a very depressed mood. ▮ is J.'s main support, and spends a lot of time with J., which raises his mood and helps him feel better. I worry that with ▮ detained, J.'s mental health will get much worse, and I won't be able to support him or take him to therapists or doctors that he needs.
7. ▮ and I attend church services regularly at ▮ in San Jose. It is very important to ▮ to be involved in church and the community.

This document was read to me in Spanish, a language I understand, and a copy has been given to me. I declare under penalty of perjury that I understood the contents of this declaration before signing it, and that the information contained is true and correct to the best of my knowledge.

_____          10/15/2025
                                         DATE

---

## CERTIFICATE OF INTERPRETATION

I, Peter Weiss, am competent to interpret from English to Spanish. I declare that the above declaration was drafted during meetings with ▮, in which she recounted to me the above-written information in Spanish. To compile Ms. ▮'s written declaration, I interpreted her statements from Spanish to English. The result is the above Declaration of ▮

███████, dated October 15, 2025. I certify that I interpreted this Declaration to Ms. ███ in Spanish, and that my interpretation was true and accurate to the best of my abilities.

Signature: _____    Date: 10/15/2025

Interpreter's Address: 391 Sutter Street, Suite 500, San Francisco, CA 94108
Interpreter's Phone: 415-547-9382