1  PETER WEISS, ESQ. (CA SBN 324117)
   ETAN NEWMAN, ESQ. (CA SBN 308728)
2  PANGEA LEGAL SERVICES
   391 SUTTER ST., SUITE 500
3  SAN FRANCISCO, CA 94108
   TEL. (415) 547-9382
4  FAX. (415) 593-5335
   etan@pangealegal.org
5  pete@pangealegal.org

6  *Pro Bono Attorneys for Petitioner*

7

8                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
9                     SAN FRANCISCO DIVISION

10 JOHN DOE,

11                        *Petitioner*,

12                                              Case No. 3:25-cv-8774-VC
            v.
13
   SERGIO ALBARRAN, Field Office Director      [PROPOSED] **ORDER**
14 of the San Francisco Field Office of U.S.    **GRANTING PETITIONER'S**
   Immigration and Customs Enforcement;        **RENEWED**
15 TODD M. LYONS, Acting Director of           **ADMINISTRATIVE**
   U.S. Immigration and Customs Enforcement;   **MOTION TO SEAL AS**
16 KRISTI NOEM, Secretary of the U.S.          **MODIFIED**
   Department of Homeland Security; and
17 PAMELA BONDI, Attorney General of the
   United States,
18
19                       *Respondents*.

20
21
22
23
24
25
26
27
28

**ORDER**

After consideration of Petitioner's Renewed Administrative Motion to Seal (the "Motion"), and for good cause appearing, the Motion is GRANTED, and:

1) The Clerk of Court is ORDERED to SEAL the unredacted versions of the following docket numbers in this case: 1, 2, 2-1, 3, 5, 6, 6-1, 6-2, 6-3, 6-6, 6-7, 6-8, 6-9, 7, 8, 9, 10, 11, 12, 14, 14-1, 14-2, 14-3, 14-4, 14-5, 14-6, 14-7, 14-8, 14-9, 14-10, 14-11, 14-12, 14-13, 14-14, 14-15, 14-16, 16, 16-1, 16-2, 18.

2) The Clerk of Court is ORDERED to UNSEAL this motion, as well as the redacted versions of those documents, which are attached as exhibits to this Renewed Administrative Motion to File Under Seal.

IT IS SO ORDERED.

Dated: __November 10__, 2025

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE