CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    Facsimile: (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Petitioner,<br><br>vs.<br><br>SERGIO ALBARRAN, *et al.*,<br><br>    Respondents. | Civil No. 3:25-cv-08774-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE** |

    WHEREAS, on November 10, 2025, the Court entered a preliminary injunction and set a case management conference for January 9, 2026 (ECF No. 24);

    WHEREAS, the parties have met and conferred and agree, subject to approval of the Court, that the January 9, 2026 case management conference should be vacated and the merits briefing on the habeas petition should be set as follows:

- March 6, 2026: Respondents' return
- April 3, 2026: Petitioner's traverse

Dated:    January 2, 2026        Respectfully submitted,

                                            CRAIG H. MISSAKIAN
                                            United States Attorney

                                            */s/ Jevechius D. Bernardoni*
                                            JEVECHIUS D. BERNARDONI
                                            Assistant United States Attorney

        Attorneys for Respondents

        */s/ Etan Newman*
        ETAN NEWMAN
        PETER OKIE WEISS
        Pangea Legal Services

        Attorneys for Petitioner

~~[PROPOSED]~~ **ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT that the January 9, 2026 case management conference is vacated and the merits briefing on the habeas petition is set as follows:

- March 6, 2026:  Respondents' return
- April 3, 2026:  Petitioner's traverse

IT IS SO ORDERED.

DATED:   January 5 2026

_____
THE HONORABLE VINCE CHHABRIA
United States District Judge