PETER WEISS, ESQ. (CA SBN 324117)
PANGEA LEGAL SERVICES
391 SUTTER ST., SUITE 500
SAN FRANCISCO, CA 94108
TEL.  (415) 547-9382
FAX. (415) 593-5335
pete@pangealegal.org

*Pro Bono Attorney for Petitioner*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JOHN DOE,

                    *Petitioner*,

         v.

SERGIO ALBARRAN, *et al.*,

                  *Respondents*.

Case No. 3:25-cv-8774-VC

[PROPOSED] ORDER GRANTING **AS MODIFIED** ADMINISTRATIVE MOTION FOR CONTINUANCE OF HEARING

## ORDER

After consideration of the Administrative Motion to Continue Hearing, and for good cause appearing, the Motion is GRANTED. Petitioner's hearing is reset for August 6 at 2:00 PM by videoconference only.

    IT IS SO ORDERED.

Dated: ____June 25_____, 2026

IT IS SO ORDERED
AS MODIFIED
Judge Vince Chhabria

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE